

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-14-00399-CV

CHRISTUS HEALTH GULF COAST D/B/A CHRISTUS ST. JOHN HOSPITAL,
Appellant

V.

JAY HOUSTON, Appellee

Appeal from the 55th District Court of Harris County. (Tr. Ct. No. 2011-01306).

This case is an appeal from the final judgment signed by the trial court on April 7, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was error in the application of settlement credits in the judgment that awarded $1,180,000.00 to appellee Jay Houston. Accordingly, the Court **modifies** the trial court's judgment to instead award $1,122,813.66.

The Court further holds that there was no reversible error in the remaining portions of the trial court's judgment. Therefore, the Court **affirms** the trial court's judgment **as herein modified**.

The Court **orders** that the appellant Christus Health Gulf Coast d/b/a Christus St. John Hospital pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 22, 2015.

Panel consists of Chief Justice Radack and Justices Bland and Huddle. Opinion delivered by Chief Justice Radack.